WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No.5506
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
sdolembo@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No.: 2:17-cv-01753-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO SFR INVESTMENTS POOL 1, LLC'S MOTION TO DISMISS** |

Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust (hereinafter "U.S. Bank"), by and through its attorneys of record the law firm of Wright, Finlay & Zak, LLP, and SFR Investments Pool 1, LLC (hereinafter "SFR") by and through its attorneys of record Kim Gilbert Ebron, hereby stipulate and agree as follows:

**STIPULATION**

1. SFR filed its Motion to Dismiss ("Motion") on August 14, 2017 [EFC No. 11] with a response deadline of August 28, 2017.

2. U.S. Bank requests additional time to file a response to the Motion and SFR does not object to the request.

3. The parties are engaged in active settlement negotiations and anticipate this matter will resolve in the near future.

4. The request is made to avoid unnecessary expenditures as the parties continue to be involved in active negotiations and anticipate this matter will likely resolve without the need for further filings.

5. Therefore, the parties agree that U.S. Bank's response to the Motion is now due on or before September 27, 2017.

6. The SFR's Reply Brief is now due on or before October 4, 2017.

**IT IS SO STIPULATED**

| | |
|---|---|
| DATED this 29th day of August, 2017. | DATED this 29th day of August, 2017. |
| KIM GILBERT EBRON | WRIGHT, FINLAY & ZAK, LLC |
| /s/ Diana Cline Ebron, Esq. _____ | /s/ J. Stephen Dolembo, Esq. _____ |
| Diana Cline Ebron, Esq. | Edgar C. Smith, Esq. |
| Nevada Bar No. 10580 | Nevada Bar No. 5506 |
| Jacqueline A. Gilbert, Esq. | J. Stephen Dolembo, Esq. |
| Nevada Bar No. 10593 | Nevada Bar No. 9795 |
| Karen L. Hanks, Esq. | 7785 West Sahara Avenue, Suite 200 |
| Nevada Bar No. 009578 | Las Vegas, NV 89117 |
| 7625 Dean Martin Drive, Suite 110 | *Attorney for Plaintiff, U.S. Bank Trust, N.A., as* |
| Las Vegas, Nevada 89139 | *Trustee for LSF9 Master Participation Trust* |
| *Attorneys for SFR Investments Pool 1, LLC* | |

**Case No.:** 2:17-cv-01753-JCM-CWH

**IT IS ORDERED.**

Dated August 30, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE