| | |
|---|---|
| 1 | ZIEVE, BRODNAX & STEELE, LLP |
| 2 | Shadd A. Wade, Esq.<br>Nevada Bar No. 11310 |
| 3 | J. Stephen Dolembo, Esq.<br>Nevada Bar No. 9795 |
| 4 | 3753 Howard Hughes Parkway, Suite 200<br>Las Vegas, Nevada 89169 |
| 5 | Tel: (702) 948-8565<br>Fax: (702) 446-9898 |
| 6 | swade@zbslaw.com<br>sdolembo@zbslaw.com |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, | Case No.: 2:17-cv-01753 |
| Plaintiff, | |
| vs. | **NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |
| SFR INVESTMENTS POOL I, LLC, A NEVADA LIMITED LIABILITY COMPANY, | |
| Defendants. | |
| AND ALL RELATED CLAIMS. | |

J. Stephen Dolembo, Esq. hereby gives notice that J. Stephen Dolembo, Esq. is no longer an attorney associated with Wright, Finlay & Zak, LLP. J. Stephen Dolembo, Esq. requests that he no longer receive notices related to this case. WRIGHT, FINLAY & ZAK, LLP will remain

///

///

///

///

///

///

Page 1 of 2

counsel of record and should continue to receive notices related to this case.

DATED this __27th___ day of September, 2017.

ZIEVE, BRODNAX & STEELE, LLP

IT IS SO ORDERED.

DATED: September 29, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

___/s/ J. Stephen Dolembo, Esq._____
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Tel:   (702) 948-8565
Fax:   (702) 446-9898
swade@zbslaw.com
sdolembo@zbslaw.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of ZIEVE, BRODNAX & STEELE, LLP; that service of the foregoing **NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** was made on the ___27th__ day of September, 2017, by electronic service to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

 /s/ Ryan Bradford_____
An employee of ZIEVE, BRODNAX & STEELE, LLP