WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No.5506
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,<br><br>        Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC,  a Nevada limited liability company,<br><br>        Defendant. | Case No.:   2:17-cv-01753-JCM-CWH<br><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

///

///

///

///

///

///

///

///

///

///

///

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

DATED this 6th day of November, 2017.

KIM GILBERT EBRON

*/s/ Diana S. Ebron* __

Diana S. Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 009578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

DATED this 6th day of November, 2017.

WRIGHT, FINLAY & ZAK, LLC

*/s/ Robert A. Riether* _____

Edgar C. Smith, Esq.
Nevada Bar No. 5506
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust*

**IT IS SO ORDERED.**

Dated November 7, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE