UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| U.S. BANK TRUST, N.A., <br><br> Plaintiff(s), <br><br> v. <br><br> SFR INVESTMENTS POOL 1, LLC, <br><br> Defendant(s). | Case No. 2:17-CV-1753 JCM (CWH) <br><br> AMENDED ORDER |

Presently before the court is the matter of *U.S. Bank Trust, N.A. v. SFR Investments Pool 1, LLC*, case number 2:17-cv-01753-JCM-CWH. U.S. Bank Trust, N.A.'s ("plaintiff") moved for release of cash deposit. (ECF No. 23). Plaintiff deposited $500 with the court and filed its certificate of cash deposit that on August 1, 2017. (ECF No. 10). The parties settled their dispute and this court granted the parties' stipulation of dismissal on November 7, 2017. (ECF Nos. 21; 22).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's $500 bond plus accrued interest be released to plaintiff.

DATED February 27, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**